**FENNEMORE CRAIG, P.C.**
Patrick J. Sheehan (Bar No. 3812)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Tel.: (702) 692-8000
Fax: (702) 692-8099
Email: psheehan@fclaw.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INS & OUTS POTTERY, INC., d/b/a Urban Trends Collection, a California Company;<br><br>Plaintiff,<br><br>vs.<br><br>LYON CAPITAL CORP., a Delaware corporation; and DOES I through 25, inclusive;<br><br>Defendants. | CASE NO.: 2:20-cv-01317<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

The parties by and through their counsel hereby agree that this matter shall be dismissed with prejudice. Each side to bear their own costs and fees.

Dated this 24th day of November, 2020.

FENNEMORE CRAIG, P.C.                    BRUTZKUS GUBNER

By: */s/Patrick J. Sheehan*                    By: */s/Michael P. Weisberg*
    Patrick J. Sheehan (Bar No. 3812)              Michael P. Weisberg
    300 S. Fourth Street, Suite 1400               *Admitted Pro Hac Vice*
    Las Vegas, Nevada 89101                    21650 Oxnard Street, Suite 500
    *Attorney for Defendant*                      Woodland Hills, CA 91367
                                        *Attorney for Plaintiff*

```
IT IS HEREBY ORDERED that this matter
is dismissed with prejudice.

Dated this 25  day of November, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT
```